UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Western Division

Sherry Thompson

                          Plaintiff,

v.                                             Case No.: 3:11−cv−50342
                                                    Honorable Philip G. Reinhard

Rosecrance Health Network, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 16,2013:

      MINUTE entry before Honorable Philip G. Reinhard: Pursuant to stipulation to dismiss [54], this case is dismissed with prejudice. Any pending court dates are canceled. Electronic notice(jat, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.